UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN PLATZ,

    Petitioner,

v.

GEORGE STEPHENSON,

    Respondent.

Case No. 22-cv-11905
Honorable Victoria A. Roberts

## ORDER SUMMARILY DISMISSING CASE WITHOUT PREJUDICE

Sean Platz, ("Petitioner"), a Michigan prisoner confined at the Macomb Correctional Facility, filed a "Motion for Equitable Tolling to Allow Petitioner's Pro Se Petition for Writ of Habeas Corpus to Proceed Timely." (ECF No. 1.) Because Petitioner's pleading was insufficient to commence a habeas action, on September 21, 2022, the Court issued an order directing Petitioner to file a proper habeas petition within 45 days or this action would be dismissed without prejudice. (ECF No. 5.) The time for correcting the filing deficiency expired on November 7, 2022, without Petitioner having responded to the Court's order.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the petition for a writ of habeas corpus.

    **ORDERED.**

                                                    s/ Victoria A. Roberts
                                                  VICTORIA A. ROBERTS
                                                  United States District Judge

Dated: January 11, 2023